■ ILONA C. POMARO, Respondent, v MARIA L. McKEON, Appellant. [644 NYS2d 638]

The Supreme Court improperly set aside the jury's verdict on the issue of liability *(see,* CPLR 4404; *Cohen v Hallmark Cards,* 45 NY2d 493). Here, the jury "was presented with sharp issues of credibility and the accuracy of the witnesses' testimony was for its determination" *(Albero v Rogers,* 143 AD2d 246; *see also, Salazar v Fisher,* 147 AD2d 470). The jury's apportionment of liability in this case was based upon a fair interpretation of the evidence. Thus, it should not have been disturbed *(see, Nicastro v Park,* 113 AD2d 129; *see also, Patti v Fenimore,* 181 AD2d 869).

However, the court correctly set aside the jury's verdict with respect to damages since the award was against the weight of the evidence *(see, Cohen v Hallmark Cards, supra),* and "deviate[d] materially from what would be reasonable compensation" (CPLR 5501 [c]). Pizzuto, J. P., Joy, Krausman and McGinity JJ., concur.